1  PHILLIP A. TALBERT
United States Attorney
2  EMILY SAUVAGEAU
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:22-CR-0210-KJM

12                    Plaintiff,         ORDER STAYING MAGISTRATE JUDGE'S
                                         ORDER OF RELEASE
13            v.

14  JUAN ANTONIO NIEBLA-OSUNA,

                      Defendants.
15

16                              **ORDER**

17

18        Upon the motion of the United States, good cause having been shown, but without reaching the

19  merits of the government's motion to revoke, it is hereby ORDERED that the order issued October 12,

20  2022, by the United States Magistrate Judge for the Central District of California, authorizing the release

21  of the defendant, Juan Niebla-Osuna, shall be stayed, and the defendant shall remain in the custody of

22  the United States Marshal's Service pending further proceedings in this court on the government's

23  motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

24  ///

25  ///

26  ///

27  ///

28  ///

ORDER                                          1

1      It is further ORDERED that the United States Marshal's Service shall promptly transport the

2  defendant from the Central District of California to the Eastern District of California for such

3  proceedings.

4      IT IS SO ORDERED.

5  DATED:  October 17, 2022.

6

7                                                    _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                                        2