UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUAN ANTONIO NIEBLA-OSUNA,<br><br>　　　　　Defendant. | No. 2:22-CR-00210-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JUAN ANTONIO NIEBLA-OSUNA; Case No. 2:22-CR-00210-KJM, from custody for the following reasons:

　___Release on Personal Recognizance

　_X_ Bail Posted in the Sum of $ 40,000

　　　　　　　_X_　Unsecured Appearance Bond in the Amount of $15,000 Co-Signed by Julia Nahomi Nevarez

　　　　　　　_X_　Secured Appearance Bond in the Amount of $25,000, Secured by the Property of Mirta Isela Ramirez

　　　　　　　___　Corporate Surety Bail Bond

　_X_ (Other): The Defendant shall be released to Pretrial Services no later than 9:00 AM on 12/9/2022, and then to the Third Party Custody of Mirta Isela Ramirez.

Issued at Sacramento, California on ___12/8/22___, at ___4:32 pm___

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge