DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for:
JUAN NIEBLA OSUNA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN NIEBLA OSUNA,<br><br>　　　　Defendant | Case No.: 22 CR 00210 DJC<br><br>STIPULATION AND ORDER TO CONTINUE J&S AND RESET BRIEFING SCHEDULE |

**<u>STIPULATION</u>**

The United States of America through its undersigned counsel, Emily Sauvageau, Assistant United States Attorney, together with Dina Santos, counsel for Juan Niebla Osuna, hereby stipulate to continue the date for Judgment and Sentencing to and reset the briefing schedule. The probation interview has not been completed due to the client living in Southern California and scheduling conflicts. A date has now been set for the interview   Probation has no objections to the below schedule:

//

/

STIPULATION AND ORDER          - 1 -

| | |
|---|---|
| Judgment and Sentencing Date: | July 17, 2025 |
| Reply, or Statement of Non-Opposition: | July 10, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 3, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 19, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 5, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 22, 2025 |

**IT IS SO STIPULATED.**

DATED: March 31, 2025                    Michele Beckwith
                                         Acting United States Attorney

                                         /s/ Emily Sauvageau
                                         EMILY SAUVAGEAU
                                         Assistant U.S. Attorney

DATE: March 31, 2025

                                         /s/ Dina Santos
                                         DINA SANTOS
                                         Attorney for Juan Niebla Osuna

**ORDER**

**IT IS SO ORDERED.**

Dated: April 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE